3199. INDEPENDENT SAWMILL CO. *v.* THOMAS.

POWELL, J. As the plaintiff showed that if he had any debt against any one, it was not against the defendant, the verdict in the plaintiff's favor was contrary to law, and the judgment of the superior court on certiorari should have set it aside. *Judgment reversed.*

DECIDED JUNE 7, 1911.

Certiorari; from Whitfield superior court—Judge Fite. January 3, 1911.

*M. C. Tarver,* for plaintiff in error.